# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

------------------------------------------------------------x  Chapter 11
In re:                                                      :
                                                            :  Case No. 10-bk-16642
VENTILEX USA INC.,                                          :
                                                            :  Judge Jeffery P. Hopkins
                    Debtor.                                 :
----------------------------------------------------------- x

## LIST OF EQUITY SECURITY HOLDER(S) OF DEBTOR AND DEBTOR-IN-POSSESSION PURSUANT TO RULE 1007(a)(3) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

Pursuant to Federal Rule of Bankruptcy Procedure 1007(a)(3), attached hereto as Exhibit A is a list of the equity security holder(s) of the above-captioned debtor and debtor-in-possession.

        Respectfully submitted,

        /s/ Rocco I. Debitetto
        Lee D. Powar (0033679)
        Rocco I. Debitetto (0073878)
        Emily W. Ladky (0085527)
        Hahn Loeser & Parks LLP
        200 Public Square, Suite 2800
        Cleveland, Ohio 44114
        Telephone:   (216) 621-0150
        Facsimile:    (216) 241-2824
        E-Mail:       ldpowar@hahnlaw.com
                           ridebitetto@hahnlaw.com
                           eladky@hahnlaw.com

*Proposed Counsel for Debtor and Debtor-in-Possession*

# EXHIBIT A

CLEVELAN - 3114448.1

# LIST OF EQUITY SECURITY HOLDER(S) OF DEBTOR

# VENTILEX USA INC.

| Name and Principal Address of Security Holder | Type of Security | Amount Held |
|---|---|---|
| Ventilex B.V.<br>Europaweg 8<br>8181 BH Heerde<br>The Netherlands | Stock | 100% |