## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| ----------------------------------------------------x | Chapter 11 | |
| In re: | : | |
| | : | Case No. 10-16642 |
| VENTILEX USA INC., | : | |
| | : | Judge Jeffery P. Hopkins |
| Debtor. | : | |
| | ; | |
| | ; | |
| ----------------------------------------------------x | | |

## GENERAL NOTES REGARDING SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS

On September 28, 2010 (the "Petition Date"), Ventilex USA Inc. (the "Debtor") filed its voluntary petition in the United States Bankruptcy Court for the Southern District of Ohio, Eastern Division at Cincinnati, Ohio (the "Court").

The Schedules of Assets and Liabilities (the "Schedules") and the Statement of Financial Affairs (the "Statement") of the Debtor have been prepared pursuant to section 521 of the United States Bankruptcy Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code") and Rule 1007 of the Federal Rules of Bankruptcy Procedure by management of the Debtor with the assistance of its advisors and are unaudited. While the Debtor has made reasonable efforts to ensure that the Statement and the Schedules are accurate and complete based on information that was available to the Debtor at the time of preparation, subsequent information or discovery may result in material changes to the Statement and the Schedules, and inadvertent errors or omissions may exist. Moreover, the Statement and the Schedules contain unaudited information that is subject to further review and potential adjustment. Furthermore, nothing contained in the Statement and the Schedules shall constitute a waiver of rights or admission with respect to the chapter 11 case including, but not limited to, any issues involving equitable subordination and/or causes of action arising under Bankruptcy Code Chapter 5 and/or any other applicable non-bankruptcy laws or rules.

**Amendment.** The Debtor reserves all rights to amend, supplement, or otherwise modify the Statement and/or the Schedules as is necessary or appropriate.

**Basis of Presentation.** Given the uncertainty surrounding the collection, valuation and ownership of certain assets and the valuation and nature of certain liabilities, to the extent that the Debtor shows more assets than liabilities, this is not an admission that the Debtor was solvent on the Petition Date or at any time prior to the Petition Date. Likewise, to the extent that the Debtor shows more liabilities than assets, this is not an admission that the Debtor was insolvent at the Petition Date or any time prior to the Petition Date.

**Causes of Action**. The Debtor, despite best reasonable efforts, may not have identified and/or set forth all of its causes of action (actual or potential) against third parties as assets in the

Schedules and the Statement. The Debtor reserves all of its rights with respect to any causes of action it may have. Nothing in these General Notes, the Statement or the Schedules shall be deemed a waiver of any such rights, claims, causes of action or remedies.

**Claims Description**. Any failure to designate a claim on the Schedules or in the Statement as "disputed," "contingent" or "unliquidated" does not constitute an admission by the Debtor that such amount is not "disputed," "contingent" or "unliquidated." The Debtor reserves the right to dispute any claim reflected on the Schedules or the Statement on any grounds, including, but not limited to, amount, liability or classification, or otherwise to designate subsequently such claims as "disputed," "contingent" or "unliquidated." The Debtor reserves the right to amend, supplement, or otherwise modify the Statement and/or Schedules accordingly.

**Current Market Value –Book Value**. The Debtor believes it would be an inefficient use of estate assets for the Debtor to obtain current market valuations of all of its assets. Accordingly, unless otherwise indicated and except where book value indicates a $0.00 value, book values are reflected on the Schedules and the Statements. For this reason, amounts ultimately realized will vary from book value and such variance may be material. In addition, the amounts shown for liabilities exclude items identified as "Unknown" or "Undetermined" and, thus, ultimate liabilities may differ materially from those stated in the Statement and Schedules.

**Dates**. Unless otherwise indicated, all information is as of the Petition Date. The claims listed in the Schedules arose or were incurred on various dates. The Debtor does not list a specific date of occurrence for each and every claim.

**Excluded Assets and Liabilities**. The Debtor may have excluded certain immaterial assets and liabilities.

**Foreign Currency**. Unless otherwise indicated, all amounts are reflected in U.S. dollars, and translated from other currencies as of the Petition Date where applicable.

**Insiders**. Except as may be otherwise indicated in the Statement or the Schedules, the Debtor has included all payments made during the one-year period preceding the Petition Date to any person deemed an "insider," as that term is defined in Bankruptcy Code Section 101(31). Persons listed as "insiders" have been included for informational purposes only. The Debtor does not take any position with respect to (a) such person's influence over the control of the Debtor, (b) the management responsibilities or functions of such person, (c) the decision-making or corporate authority of such person, or (d) whether such person could successfully argue that he or she is not an "insider" under applicable law.

**Inventory**. Inventory where applicable is presented without consideration for any potential warehousemen's or similar liens.

**Paid Claims**. Certain prepetition fixed, liquidated and undisputed unsecured claims owing as of the Petition Date were paid in accordance with certain first-day orders before the date of the filing of the Schedules and Statement. As such, certain Schedules may list amounts payable as

of the Petition Date, without reduction for payments made after the Petition Date in accordance with such orders.

**Third-Party Property.**   In the ordinary course of its business, the Debtor leases and/or maintains on site equipment from certain third-party lessors for use in the daily operation of its business and otherwise use and hold property owned by third-parties pursuant to contracts and leases with such parties.  To the extent known, such leases or contracts are set forth in Schedule G.  The property subject to any such leases or contracts is not reflected in either Schedule A or Schedule B as either owned property or assets of the Debtor.  Nothing contained in the Schedules and Statement is or shall be construed as an admission or determination as to the legal status of any lease (including, but not limited to, whether any lease is a true lease or a financing arrangement) or contract (including, but not limited to, whether the contract is, in fact, an executor contract), and the Debtor reserves all rights with respect to any such issues.

**Schedule A – Real Property.**  The Debtor has listed the value of its real estate property based on consultation with a real estate professional with knowledge of the market in which the Debtor's property is located.  This amount may be materially different from the fair market value for such real estate property.

**Schedule B(23) – Licenses, franchises, and other general intangibles**.  The Debtor has listed various licenses which may or may not be transferable and, therefore, may have no market value, although they do have value to the Debtor because they are used to operate the Debtor's business.  Nothing herein or in the Schedules and Statement shall be construed as an admission or acknowledgement by the Debtor that any particular license is not transferable either pursuant to its terms or pursuant to the provisions of the Bankruptcy Code or has no market value, and the Debtor reserves all rights with respect to such issues.

**Schedule B(24) – Customers lists and other compilations containing personally identifiable information.**  The Debtor has listed various customer lists with an undetermined value.  For confidentiality reasons, copies of customer lists are not valued or included.

**Schedule D – Creditors Holding Secured Claims**.  Except as otherwise agreed pursuant to a stipulation or agreed order or general order entered by the Court, the Debtor reserves the right to dispute or challenge the nature, extent, validity, or priority of any lien, claim or encumbrance set forth for any creditor listed on Schedule D or otherwise. The descriptions provided in Schedule D are intended only to be a summary.  Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent, validity and priority of any liens.  Nothing in the General Notes, the Schedules or the Statement shall be deemed a modification or interpretation of the terms of such agreements or related documents.  Real property lessors, utility companies and other parties that may hold security deposits have not been listed on Schedule D.  The Debtor has not included on Schedule D parties that may believe their claims are secured through setoff rights, deposits posted by, or on behalf of, the Debtor, or inchoate statutory lien rights.

**Schedule E – Creditors Holding Unsecured Priority Claims**.  The Debtor reserves the right to dispute or challenge whether creditors listed on Schedule E are entitled to priority claims.

CLEVELAN - 3160751.1

Schedule E does not include (a) priority employee claims that were paid pursuant to the October 5, 2010, *Order Granting Motion of Debtor and Debtor-in-Possession for Order (A) Authorizing Debtor to Pay Prepetition Wages, Salaries and Commissions to Employees; (B) Authorizing Debtor to Pay Prepetition Benefits and Continue Employee Benefit Programs; and (C) Directing Banks to Honor Prepetition Checks for payment of Prepetition Employee Obligations* (the "<u>Wage Order</u>").

**<u>Schedule F – Creditors Holding Unsecured Nonpriority Claims</u>**.  Schedule F does not include certain deferred charges, deferred liabilities or general reserves.  Such amounts are, however, reflected on the Debtor's books and records as required in accordance with Generally Accepted Accounting Principles in the United States.  Such accruals are general estimates of liabilities and do not represent specific claims as of the Petition Date.  The claims listed in Schedule F arose or were incurred on various dates.  In certain instances, the date on which a claim arose is an open issue of fact.  While best efforts have been made, determination of each date upon which each claim in Schedule F was incurred or arose would be unduly burdensome and cost prohibitive and, therefore, the Debtor does not list a date for each claim listed on Schedule F.

Certain creditors owe amounts to the Debtor and may have valid setoff or recoupment rights with respect to such amounts.  The Debtor has not reviewed the validity of any such setoff or recoupment rights and hereby reserves all rights to challenge such setoff or recoupment rights.

Schedule F contains information regarding pending and concluded litigation involving the Debtor.  The amounts for these potential claims are listed as undetermined and, therefore, marked as contingent, unliquidated and disputed in the Schedules.

Schedule F does not include claims that were paid pursuant to the Wage Order.

**<u>Schedule G – Executory Contracts and Unexpired Leases</u>**.  While reasonable efforts have been made to ensure the accuracy of Schedule G, inadvertent errors, omissions or over-inclusion may have occurred.  Listing a contract, agreement or lease on Schedule G does not constitute an admission that such contract, agreement or lease is an executory contract or unexpired lease or that such contract or agreement was in effect on the Petition Date or is valid or enforceable.  Any and all of the Debtor's rights, claims and causes of action with respect to the contracts, agreements and leases listed on Schedule G are hereby reserved and preserved.  In addition, the Debtor may have entered into various other types of agreements in the ordinary course of its business, such as indemnity agreements, supplemental agreements, amendments/letter agreements, and confidentiality agreements.  Such documents may not be set forth in Schedule G.  The Debtor reserves all of its rights to dispute or challenge the characterization of the structure of any transaction, or any document or instrument related to a creditor's claim.

Omission of a contract, agreement or lease from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease.  The Debtor's rights under the Bankruptcy Code or other applicable law with respect to any such omitted contracts, agreements or leases are not impaired by the omission.  Schedule G may be amended at any time to add any omitted contract, agreement or lease.

-4-

**Totals.**  All totals that are included in the Schedules represent totals of all known amounts included in the Debtor's books and records as of the Petition Date.  To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total.

**Trade Accounts Receivable and Accounts Payable**.  Such accounts are presented without consideration for any liabilities related to mutual counterparty accounts payable, open or terminated contract liabilities, liquidated damages, setoff or recoupment rights or collateral held by the Debtor unless otherwise stated.  Likewise, accounts payable are shown without consideration for accounts receivable, open or terminated contracts, liquidated damages, setoff or recoupment rights or collateral that has been posted on behalf of the counterparty.

**SOFA Question 4(a) – Suits and Administrative Proceedings.**  The Debtor has made reasonable and good faith efforts to include in its responses to SOFA Question 4(a) a complete list of all lawsuits and litigation proceedings to which the Debtor was a party within the one (1) year period immediately preceding the Petition Date.  To the extent the Debtor becomes aware that it has omitted any such lawsuits or proceedings, it intends to amend its SOFAs.

**NOTWITHSTANDING ANYTHING TO THE CONTRARY CONTAINED HEREIN OR IN THE SCHEDULES OR STATEMENT, THE DEBTOR RESERVES THE RIGHT TO AMEND, SUPPLEMENT, OR OTHERWISE MODIFY THE SCHEDULES AND/OR STATEMENT AND TO DISPUTE THE NATURE, EXTENT, VALIDITY, OR PRIORITY OF ANY LIEN, CLAIM OR ENCUMBRANCE SET FORTH IN THE SCHEDULES AND/OR STATEMENT.**

CLEVELAN - 3160751.1

**B6 Cover (Form 6 Cover) (12/07)**

## FORM 6. SCHEDULES

Summary of Schedules
Statistical Summary of Certain Liabilities and Related Data (28 U.S.C. § 159)

Schedule A - Real Property
Schedule B - Personal Property
Schedule C - Property Claimed as Exempt
Schedule D - Creditors Holding Secured Claims
Schedule E - Creditors Holding Unsecured Priority Claims
Schedule F - Creditors Holding Unsecured Nonpriority Claims
Schedule G - Executory Contracts and Unexpired Leases
Schedule H - Codebtors
Schedule I - Current Income of Individual Debtor(s)
Schedule J - Current Expenditures of Individual Debtor(s)

Unsworn Declaration under Penalty of Perjury

GENERAL INSTRUCTIONS: The first page of the debtor's schedules and the first page of any amendments thereto must contain a caption as in Form 16B. Subsequent pages should be identified with the debtor's name and case number. If the schedules are filed with the petition, the case number should be left blank

Schedules D, E, and F have been designed for the listing of each claim only once. Even when a claim is secured only in part or entitled to priority only in part, it still should be listed only once. A claim which is secured in whole or it part should be listed on Schedule D only, and a claim which is entitled to priority in whole or in part should be listed on Schedule E only. Do not list the same claim twice. If a creditor has more than one claim, such as claims arising from separate transactions, each claim should be scheduled separately.

Review the specific instructions for each schedule before completing the schedule.

B6A (Official Form 6A) (12/07)

In re   Ventilex USA Inc. _____   Case No. __10-16642_____
                    **Debtor**                                                      **(If known)**

# SCHEDULE A - REAL PROPERTY

    Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

    **Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

    If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

    If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Real property located at 4640 Emerald Way, Middletown, Butler County, Ohio PPNs Q6542059000042 and Q6542059000042A<br><br>See attached legal description | | | 496,896.28 | Exceeds Value |
| | | Total ➤ | 496,896.28 | |

(Report also on Summary of Schedules.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.5-752 - 31805-302Y-08510 - Acrobat PDFWriter

# SCHEDULE A

# EXHIBIT A

Situated in the State of Ohio, Butler County, City of Middletown, being part of Lot 19942 as known on the plat of the City of Middletown and being part of the lands conveyed to the City of Middletown by Official Record Volume 6099, Page 706 of the Butler County, Ohio Recorder's Office and being more particularly described as follows:

Beginning at an iron pin found at the northwest corner of Lot 19942; thence along the northerly line of said Lot 19942, N82°15'11"E a distance of 712.13 feet to an iron pin set at the westerly line of Emerald Way (60' right-of-way); thence along the westerly right-of way line of said Emerald Way the following three (3) courses and distances

1) S10°10'32"W a distance of 351.21 feet to an iron pin set;
2) Along a curve to the right having a radius of 20 feet, an arc length of 20.33 feet, the chord of said curve bears S39°17'49"W a distance of 19.47 feet to an iron pin set;
3) Along a curve to the left having a radius of 75.00 feet an arc length of 131.06 feet, the chord of said curve bears S18°21'32"W a distance of 115.01 feet to an iron pin found;

Thence leaving the said Emerald Way S58°17'53"W a distance of 403.30 feet; thence on a new division line N86°43'18"W a distance of 285.00 feet to an iron pin set on the west line of said lot 19942; thence N03°16'42"E a distance of 570.49 feet to the Point of Beginning;

Containing 8.517 acres more or less and being subject to all easements, restrictions and rights-of-way of record.

The above description is based on a survey dated August 3, 2007 by Apex Engineering & Surveying, Inc., Paul J. Leisring, Ohio Professional Surveyor No. 7267 and is recorded in Volume 51, Page 67 of the Butler County Engineer's Record of Land Surveys.

PPN    Q6542059000042
PPN    Q6542059000042A

B6B (Official Form 6B) (12/07)

In re   Ventilex USA Inc.                                         Case No.   10-16642
                    **Debtor**                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | U.S. Bank - Business Checking<br>Fifth Third Bank - Business Checking | | 404.28<br>68,342.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books. Pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Bond for 401(k) Plan with St. Paul Travelers - no surrender value<br>Customs continuous bond for international shipping - no surrender value<br>Commercial Package Policy with Westfield Companies - no surrender value | | 0.00<br><br>0.00<br><br>0.00 |
| 10.  Annuities.  Itemize and name each issuer. | X | | | |
| 11.  Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |

In re   **Ventilex USA Inc.**           Case No.   **10-16642**
       **Debtor**                                                     **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | Accounts Receivable | | 429,474.90 |
| 17. Alimony, maintenance, support, and property settlement to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate or a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights of setoff claims. Give estimated value of each. | | Potential damage claim against Riviana Foods, Inc. for lost equipment | | 750.00 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | Logo | | Unknown |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | Filemaker 9 (database software)<br>Solidworks 2009 (engineering design software)<br>Microsoft Expression 4 (web design software)<br>DaisyLab (laboratory testing software)<br>Daylite (Mac contact database software)<br>Trademark License Agreement with Ventilex B.V. | | Unknown<br>Unknown<br>Unknown<br>Unknown<br>Unknown<br>Unknown |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. §101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | | Customer List | | Unknown |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.5-752 - 31805-302Y-08510 - Acrobat PDFWriter

B6B (Official Form 6B) (12/07) -- Cont.

In re **Ventilex USA Inc.**                                                 Case No. **10-16642**
         **Debtor**                                                                  **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2003 Ford Ranger | | 1,275.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Office Equipment<br>Office Furniture | | 5,078.81<br>11,972.91 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Show Equipment<br>Moisture Analyzer<br>Equipment for Installations<br>Computer Equipment<br>Test Equipment<br>Shop Equipment<br>Test Unit | | 782.59<br>872.92<br>591.56<br>24,773.01<br>4,000.00<br>2,952.77<br>3,000.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | Prepaid Travel Cards<br>Anticipated Refund from Ohio Department of Taxation for income taxes<br>Credit Balance with Bernard Controls, Inc. | | 1,347.33<br>60,457.00<br><br>207.00 |

_____0_____   continuation sheets attached   Total   $   616,282.08

(Include amounts from any continuation
sheets attached. Report total also on
Summary of Schedules.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.5-752 - 31805-302Y-08510 - Acrobat PDFWriter

**B6C (Official Form 6C)  (04/10)**

In re    Ventilex USA Inc.                                            Case No.    10-16642
                  **Debtor**                                                          **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☐   11 U.S.C. § 522(b)(2)

☐   11 U.S.C. § 522(b)(3)

☐  Check if debtor claims a homestead exemption that exceeds
$146,450*.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Not Applicable. | | | |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.5-752 - 31805-302Y-08510 - Acrobal PDFWriter

*Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**B6D (Official Form 6D) (12/07)**

In re _____Ventilex USA Inc._____,     Case No.|10-16642_____
          **Debtor**                                                    **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition.  The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.  List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable.  If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C §112 and Fed. R. Bankr. P. 1007(m).  If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors.  If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent."  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated."  If the claim is disputed, place an "X" in the column labeled "Disputed."  (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Ventilex B.V.<br>Europaweg 8<br>8181 BH Heerde<br>The Netherlands | | | Lien: Mortgage<br>Security: Real and Personal Property<br><br>VALUE $        1,113,178.36 | | | | 1,896,164.74 | 782,986.38 |
| ACCOUNT NO.<br><br><br> | | | <br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br><br><br> | | | <br><br>VALUE $ | | | | | |

|  |  |  |  |
|---|---|---|---|
| __0__ continuation sheets attached | Subtotal ► (Total of this page) | $ 1,896,164.74 | $ 782,986.38 |
| | Total ► (Use only on last page) | $ 1,896,164.74 | $ 782,986.38 |
| | | (Report also on Summary of Schedules) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.5-752 - 31805-302Y-08510 - Acrobat PDFWriter

B6E (Official Form 6E) (04/10)

In re_____Ventilex USA Inc._____,     Case No._____10-16642_____
                        Debtor                                                              (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed.R.Bankr.P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☑ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

*Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.5-752 - 31805-302Y-08510 - Acrobat PDFWriter

**B6E (Official Form 6E) (04/10) - Cont.**

In re __Ventilex USA Inc._____,        Case No.__10-16642_____
_____Debtor_____                                                  (if known)

☐    **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).


☐    **Deposits by individuals**

   Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).


☑    **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).


☐    **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).


☐    **Claims for Death or Personal Injury While Debtor Was Intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).


   *Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

Bankruptcy2010©1991-2010, New Hope Software, Inc., ver. 4.5.5-752 - 31805-302Y-08510 - Acrobat PDFWriter

B6E (Official Form 6E) (04/10) - Cont.

In re __Ventilex USA Inc._____,    Case No. ___10-16642_____
               **Debtor**    **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)    Sec. 507(a)(4)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Aaron Walker<br>4108 Ivanhoe Avenue<br>Cincinnati, OH 45212 | | | | | | | 0.00 | 0.00 | 0.00 |
| ACCOUNT NO.<br><br>Adam Higgins<br>6755 Woodsedge Drive<br>Liberty Twp., OH 45044 | | | | | | | 0.00 | 0.00 | 0.00 |
| ACCOUNT NO.<br><br>Bill A. Powers<br>8780 Balboa Drive<br>Cincinnati, OH 45231 | | | | | | | 0.00 | 0.00 | 0.00 |
| ACCOUNT NO.<br><br>Gary A. Housemeyer<br>9206 E. Kemper Road<br>Loveland, OH 45140 | | | | | | | 0.00 | 0.00 | 0.00 |

Sheet no. _1_ of _5_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | | |
|---|---|---|---|
| Subtotal (Totals of this page) | $    0.00 | $    0.00 | $    0.00 |
| Total (Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules) | $ | | |
| Totals (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ | $ | $ |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.5-752 - 31805-302Y-08510 - Acrobat PDFWriter

B6E (Official Form 6E) (04/10) - Cont.

In re Ventilex USA Inc. _____,    Case No. __10-16642__

    Debtor                                        (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)    Sec. 507(a)(4)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Jodi E. Lex<br>201 Winesap Drive<br>Middletown, OH 45044 | | | | | | | 0.00 | 0.00 | 0.00 |
| ACCOUNT NO.<br><br>Michael Hadjinian<br>7235 Stone Harbour Lane<br>West Chester, OH 45069 | | | | | | | 0.00 | 0.00 | 0.00 |
| ACCOUNT NO.<br><br> | | | | | | | | | |
| ACCOUNT NO.<br><br> | | | | | | | | | |

Sheet no. _2_ of _5_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotal ➤ | $ 0.00 | $ 0.00 | $ 0.00
(Totals of this page)

Total ➤ | $
(Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules)

Totals ➤ | $ | $ | $
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (04/10) - Cont.

In re ___Ventilex USA Inc._____,    Case No. ___10-16642_____
                     **Debtor**                                                    **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)    **Sec. 507(a)(8)**

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Attorney General of the United States US Department of Justice Tax Div. PO Box 55, Ben Franklin Stat. Washington, DC 20044 | | | Consideration: Notice Party | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO. <br><br> Butler County Treasurer 315 High Street, 10th Floor Hamilton, OH 45011 | | | Consideration: Taxes | | | | Unknown | Unknown | Unknown |
| ACCOUNT NO. <br><br> City of Middletown Income Tax Division PO Box 428739 Middletown, OH 45042 | | | Consideration: Taxes | | | | Unknown | Unknown | Unknown |
| ACCOUNT NO. <br><br> Internal Revenue Service 550 Main Street Cincinnati, OH 45202 | | | Consideration: Taxes | | | | Unknown | Unknown | Unknown |

Sheet no. __3__ of __5__ continuation sheets attached to Schedule of Creditors Holding Priority Claims

|  | | |
|---|---|---|
| Subtotal (Totals of this page) ➤ | $     0.00 | $     0.00 | $     0.00 |
| Total (Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules ➤ | $ | | |
| Totals (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) ➤ | $ | $ | $ |

B6E (Official Form 6E) (04/10) - Cont.

In re    Ventilex USA Inc.                                        ,         Case No.    10-16642
                    **Debtor**                                                                      **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)         Sec. 507(a)(8)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Internal Revenue Service PO Box 21125 Philadelphia, PA 19114 | | | Consideration: Taxes | | | | Unknown | Unknown | Unknown |
| ACCOUNT NO. Ohio Bureau of Workers' Compensation Attn: Law Section Bankruptcy Unit PO Box 15567 Columbus, OH 43215-0567 | | | Consideration: Taxes | | | | Unknown | Unknown | Unknown |
| ACCOUNT NO. Ohio Department of Taxation PO Box 530 Columbus, OH 43216 | | | Consideration: Taxes | | | | Unknown | Unknown | Unknown |
| ACCOUNT NO. Ohio Dept. of Job & Family Svcs. Attn: Collections Dept. PO Box 182404 Columbus, OH 43218-2404 | | | Consideration: Taxes | | | | Unknown | Unknown | Unknown |

Sheet no. __4__ of __5__ continuation sheets attached to Schedule of
Creditors Holding Priority Claims

Subtotal ► $        0.00    $        0.00    $        0.00
(Totals of this page)

Total ►   $
(Use only on last page of the completed
Schedule E.)  Report also on the Summary
of Schedules)

Totals ►   $            $            $
(Use only on last page of the completed
Schedule E. If applicable, report also on
the Statistical Summary of Certain
Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.5-752 - 31805-302Y-08510 - Acrobat PDFWriter

B6E (Official Form 6E) (04/10) - Cont.

In re  Ventilex USA Inc.                                    ,          Case No.  10-16642
                    Debtor                                                    (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)      Sec. 507(a)(8)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Workers Comp. <br> BWC State Insurance Fund <br> Corporate Processind Dept. <br> Columbus, OH 43271 | | | Consideration: Taxes | | | | Unknown | Unknown | Unknown |
| ACCOUNT NO. <br><br><br> | | | | | | | | | |
| ACCOUNT NO. <br><br><br> | | | | | | | | | |
| ACCOUNT NO. <br><br><br> | | | | | | | | | |

Sheet no. 5 of 5 continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotal <br> (Totals of this page) | $ 0.00 | $ | $ |
| Total <br> (Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules) | $ 0.00 | | |
| Totals <br> (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ | $ 0.00 | $ 0.00 |

**B6F (Official Form 6F) (12/07)**

In re ___Ventilex USA Inc._____,    Case No. ___10-16642_____

    **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Able Tool Corporation<br>617 N. Wayne Ave<br>Cincinnati, OH 45215 | | | Consideration: Trade Debt | | | | Notice Only |
| ACCOUNT NO.<br><br>ADP<br>504 Clinton Center Dr., Ste. 444<br>Clinton, MS 39056 | | | Consideration: Services | | | | 224.98 |
| ACCOUNT NO.<br><br>Alliance Manufacturing Services<br>830 Springfield St.<br>Dayton, OH 45403 | | | Consideration: Trade Debt | | | | Notice Only |
| ACCOUNT NO.<br><br>Amos Robinson<br>c/o Robinson Industrial Sales, Inc.<br>4528 Caminito Pedernal<br>San Diego, CA 92117-3624 | | | | | | | Notice Only |

___14___continuation sheets attached                                      Subtotal ▸ | $ | 224.98

                                                                            Total ▸ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.5-752 - 31805-302Y-08510 - Acrobat PDFWriter

B6F (Official Form 6F) (12/07) - Cont.

In re   Ventilex USA Inc. _____ ,        Case No. ___10-16642_____
                            **Debtor**                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Aon Risk Services Southwest, Inc. <br> Department 9965 <br> Los Angeles, CA 90088-9965 | | | Consideration: Services | | | | 490.40 |
| ACCOUNT NO. <br><br> APEC <br> 204 Hiawatha Trail <br> Springboro, OH 45066 | | | Consideration: Trade Debt | | | | 6,083.37 |
| ACCOUNT NO. <br><br> Applied Industrial Technologies <br> 22510 Network Place <br> Chicago, IL 60673-1225 | | | Consideration: Trade Debt | | | | Notice Only |
| ACCOUNT NO. <br><br> AT&T <br> PO Box 8100 <br> Aurora, IL 60507 | | | Consideration: Services | | | | 52.53 |
| ACCOUNT NO. <br><br> Ballard Spahr <br> 2029 Century Park East, Suite 800 <br> Los Angeles, CA 90067-2909 | | | Consideration: Services | | | | Notice Only |

Sheet no. __1__ of __14__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $    6,626.30

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  Ventilex USA Inc. _____,     Case No. ___10-16642_____
      **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Berg-Berry Associates, Inc. <br> 1127 Fehl Lane <br> Cincinnati, OH 45230 | | | Consideration: Services | | | | Notice Only |
| ACCOUNT NO. <br> Bernard Controls, Inc. <br> 15740 Park Row #100 <br> Houston, TX 77084 | | | Consideration: Trade Debt | | | | Notice Only |
| ACCOUNT NO. <br> Berns Landscaping <br> 825 Greentree Road <br> Middletown, OH 45044 | | | Consideration: Services | | | | Notice Only |
| ACCOUNT NO. <br> Blashock Plumbing <br> 6846 Michael Road <br> Middletown, OH 45042 | | | Consideration: Trade Debt | | | | 100.00 |
| ACCOUNT NO. <br> California Nut Company <br> 5166 S. Sperry Road <br> Denair, CA 95316 | | | Consideration: Alleged Customer Damages Claim | X | X | X | 400,000.00 |

Sheet no. __2__ of __14__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

    Subtotal ➤   $    400,100.00

    Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.5-752 - 31805-302Y-08510 - Acrobat PDFWriter

B6F (Official Form 6F) (12/07) - Cont.

In re   Ventilex USA Inc.                                                    ,         Case No.   10-16642
                    **Debtor**                                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Cam's Commercial Cleaning, LLC <br> 521 Byers Rd, Suite 107 <br> Miamisburg, OH 45342 | | | Consideration: Trade Debt | | | | 138.13 |
| ACCOUNT NO. <br><br> Cincinnati Heat Exchangers, Inc. <br> 6404 Thornberry Court, Suite 440 <br> Mason, OH 45040 | | | Consideration: Trade Debt | | | | Notice Only |
| ACCOUNT NO. <br><br> Cincinnati Laser Cutting <br> PO Box 706009 <br> Cincinnati, OH 45270-6009 | | | Consideration: Trade Debt | | | | Notice Only |
| ACCOUNT NO. <br><br> Cincinnati USA Regional Chamber <br> PO Box 630511 <br> Cincinnati, OH 45263 | | | Consideration: Trade Debt | | | | 485.00 |
| ACCOUNT NO. <br><br> City of Middletown Water <br> PO Box 740402 <br> Cincinnati, OH 45274 | | | Consideration: Services | | | | 65.30 |

Sheet no. __3__ of __14__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $   688.43

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.5-752 - 31805-302Y-08510 - Acrobat PDFWriter

B6F (Official Form 6F) (12/07) - Cont.

In re    Ventilex USA Inc.                                                    ,          Case No.    10-16642
_____                              _____
                    **Debtor**                                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Crescent Electric Supply Company<br>PO Box 500<br>East Dubuque, IL 61025-4420 | | | Consideration: Trade Debt | | | | Notice Only |
| ACCOUNT NO.<br><br>Dominion-Carolina Sales, Inc.<br>PO Box 5052<br>High Point, NC 27262 | | | Consideration: Trade Debt | | | | Notice Only |
| ACCOUNT NO.<br><br>Duke Energy<br>PO Box 9001076<br>Louisville, KY 40290 | | | Consideration: Services | | | | 814.96 |
| ACCOUNT NO.<br><br>Dwyer Instruments, Inc.<br>PO Box 338<br>Michigan City, IN 46361-0338 | | | Consideration: Trade Debt | | | | Notice Only |
| ACCOUNT NO.<br><br>Employment Screening Agency<br>8010 Blue Ash Road<br>Cincinnati, OH 45236 | | | Consideration: Services | | | | 398.00 |

Sheet no. __4__ of __14__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $    1,212.96

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.5-752 - 31805-302Y-08510 - Acrobat PDFWriter

**B6F (Official Form 6F) (12/07) - Cont.**

In re  Ventilex USA Inc.                                    ,        Case No.  10-16642
            **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Equipment Depot <br> 1000 Fujitec Road <br> Lebanon, OH 45036 | | | Consideration: Trade Debt | | | | 161.23 |
| ACCOUNT NO. <br><br> Exor Electronic R&D, Inc. <br> 10150 International Blvd. <br> Cincinnati, OH 45246 | | | Consideration: Trade Debt | | | | 807.21 |
| ACCOUNT NO. <br><br> F.B. Wright <br> PO Box 46507 <br> Cincinnati, OH 45240 | | | Consideration: Trade Debt | | | | Notice Only |
| ACCOUNT NO. <br><br> Fastenal Company <br> PO Box 978 <br> Winona, MN 55987 | | | Consideration: Trade Debt | | | | 487.17 |
| ACCOUNT NO. <br><br> FCX Performance <br> 3000 East 47th Street <br> Columbus, OH 43219 | | | Consideration: Trade Debt | | | | 751.57 |

Sheet no.  5  of  14  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $  2,207.18

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010©1991-2010, New Hope Software, Inc., ver. 4.5.5-752 - 31805-302Y-08510 - Acrobat PDFWriter

B6F (Official Form 6F) (12/07) - Cont.

In re   Ventilex USA Inc.                                              ,        Case No.    10-16642
                    **Debtor**                                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  FedEx  PO Box 371461  Pittsburgh, PA 15250-7461 | | | Consideration: Services | | | | Notice Only |
| ACCOUNT NO.  Harding Industrial Sales  PO Box 3457  Oak Brook, IL 60521 | | | Consideration: Trade Debt | | | | Notice Only |
| ACCOUNT NO.  Humana  PO Box 533  Carol Stream, IL 60132 | | | Consideration: Services | | | | 2,442.30 |
| ACCOUNT NO.  Ice Mountain  6661 Dixie Hwy, Suite 4  Louisville, KY 40258 | | | Consideration: Trade Debt | | | | 18.26 |
| ACCOUNT NO.  Industrial Minerals Association  2011 Pennsylvania Avenue NW, Suite 301  Washington, DC 20006 | | | Consideration: Trade Debt | | | | Notice Only |

Sheet no.   6   of   14   continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $    2,460.56

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.5-752 - 31805-302Y-08510 - Acrobat PDFWriter

B6F (Official Form 6F) (12/07) - Cont.

In re  Ventilex USA Inc.                                    ,          Case No.  10-16642
                    **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Innovative Fiber Optic Solutions, LLC <br> 2 North Main Street <br> Middletown, OH 45042 | | | Consideration: Services | | | | 1,221.88 |
| ACCOUNT NO. 600.00 <br><br> Int'l Packaged Concrete Mfg. Assoc. <br> 873 Western Avenue <br> Toledo, OH 43609 | | | Consideration: Trade Debt | | | | 0.00 |
| ACCOUNT NO. <br><br> John B. Sanfilippo & Son <br> Mail code: 1-NW-AP <br> 1703 N. Randall Road <br> Elgin, IL 60123 | | | Consideration: Alleged Customer Damages Claim | X | X | X | 739,000.00 |
| ACCOUNT NO. <br><br> JUMO Process Control, Inc. <br> 8 Technology Blvd. <br> Canastota, NY 13032 | | | Consideration: Trade Debt | | | | Notice Only |
| ACCOUNT NO. <br><br> Kami-Fund Consulting <br> PO Box 873 <br> West Chester, OH 45071 | | | Consideration: Services | | | | Notice Only |

Sheet no. 7 of 14 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ 740,221.88

Total ➤ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.5-752 - 31805-302Y-08510 - Acrobat PDFWriter

B6F (Official Form 6F) (12/07) - Cont.

In re   Ventilex USA Inc._____,          Case No. ___10-16642_____
              **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  Kelli Norden and Associates 11726 San Vicente Boulevard Suite 205 Los Angeles, CA 90049 | | | Consideration: Services | | | | Notice Only |
| ACCOUNT NO.  Kuehne + Nagel Services Ltd PO Box 2039 Carol Stream, IL 60132-2039 | | | Consideration: Services | | | | Notice Only |
| ACCOUNT NO.  Legal Video Services 2702 Castle Heights Place Los Angeles, CA 90034 | | | Consideration: Services | | | | Notice Only |
| ACCOUNT NO.  MIS PO Box 42772 Cincinnati, OH 45242 | | | Consideration: Trade Debt | | | | Notice Only |
| ACCOUNT NO.  Ohio Window Cleaning, Inc. PO Box 24039 Dayton, OH 45424-0026 | | | Consideration: Trade Debt | | | | Notice Only |

Sheet no. __8__ of __14__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $          0.00

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010©1991-2010, New Hope Software, Inc., ver. 4.5.5-752 - 31805-302Y-08510 - Acrobat PDFWriter

B6F (Official Form 6F) (12/07) - Cont.

In re  Ventilex USA Inc. _____ ,          Case No. ___10-16642_____
                              **Debtor**                                                   **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> OPEX Communications <br> 707 Wilshire Blvd., 12th Floor <br> Los Angeles, CA 90017 | | | Consideration: Services | | | | Notice Only |
| **ACCOUNT NO.** <br><br> Paragon Building Materials <br> 2895 Hamner Avenue <br> Norco, CA 92860 | | | Consideration: Forfeited Deposit on Order Cancellation | X | X | X | 178,268.00 |
| **ACCOUNT NO.** <br><br> Paramount Farms <br> 13646 Hwy 33 <br> Lost Hills, CA 93249 | | | Consideration: Alleged Customer Damages Claim | X | X | X | 4,989,387.00 |
| **ACCOUNT NO.** <br><br> Phoenix International <br> 36960 Eagle Way <br> Chicago, IL 60678-1369 | | | Consideration: Trade Debt | | | | Notice Only |
| **ACCOUNT NO.** <br><br> Phoenix Rose Company Fasteners <br> 4728 Jacksontown Road S.E. <br> Newark, OH 43056 | | | Consideration: Trade Debt | | | | Notice Only |

Sheet no. __9__ of __14__ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   | $   5,167,655.00

Total ➤   | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.5-752 - 31805-302Y-08510 - Acrobat PDFWriter

B6F (Official Form 6F) (12/07) - Cont.

In re  Ventilex USA Inc. _____ ,        Case No. ___10-16642_____
            **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>Pitney Bowes<br>2225 American Drive<br>Neenah, WI 54956 | | | Consideration: Trade Debt | | | | 60.00 |
| ACCOUNT NO. <br><br>Poster Compliance Center<br>3687 Mt. Diablo Blvd. Suite B100<br>Lafayette, CA 94549-3744 | | | Consideration: Trade Debt | | | | Notice Only |
| ACCOUNT NO. <br><br>R&L Carriers, Inc.<br>PO Box 713153<br>Columbus, OH 43271 | | | Consideration: Services | | | X | 696.24 |
| ACCOUNT NO. <br><br>Rexel<br>Box 347009<br>Pittsburgh, PA 15251-4009 | | | Consideration: Trade Debt | | | | Notice Only |
| ACCOUNT NO. <br><br>Ridge Process Solutions, LLC<br>1708 Blue Rock St.<br>Cincinnati, OH 45223 | | | Consideration: Trade Debt | | | | Notice Only |

Sheet no. __10__ of __14__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤     $          756.24

Total ➤     $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.5-752 - 31805-302Y-08510 - Acrobat PDFWriter

B6F (Official Form 6F) (12/07) - Cont.

In re __Ventilex USA Inc._____,    Case No. __10-16642_____
              **Debtor**                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Select Harvest<br>Kyndalyn Park Pty. Ltd.<br>Private Bag 15<br>Robinvale, VIC 3549 | | | Consideration: Trade Debt | X | X | X | Unknown |
| ACCOUNT NO.<br><br>Siftex<br>52D Connecticut Avenue<br>South Windsor, CT 06074 | | | Consideration: Trade Debt | | | | 2,589.04 |
| ACCOUNT NO.<br><br>Silver Creek Frac Sand, LLC<br>3211 W. 4th Street<br>Fort Worth, TX 76107 | | | Consideration: Forfeited Deposit on Order Cancellation | X | X | X | 505,994.00 |
| ACCOUNT NO.<br><br>Spiral Mfg. Co, Inc.<br>11419 Yellowpine Street<br>Minneaplis, MN 55448 | | | Consideration: Trade Debt | | | | Notice Only |
| ACCOUNT NO.<br><br>Star Combustion Systems LLC<br>PO Box 636<br>Mason, OH 45040 | | | Consideration: Trade Debt | | | | 17,003.12 |

Sheet no. __11__ of __14__ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 525,586.16

Total ➤ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.5-752 - 31805-302Y-08510 - Acrobat PDFWriter

B6F (Official Form 6F) (12/07) - Cont.

In re  Ventilex USA Inc.                                        ,        Case No.   10-16642
_____                              _____
        **Debtor**                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Technos Corp Fan Services<br>7016 FM 3009<br>Schertz, TX 78154 | | | Consideration: Trade Debt | | | | Notice Only |
| ACCOUNT NO.<br><br>Temco Inc.<br>112 Commerce Blvd.<br>Loveland, OH 45140 | | | Consideration: Claim for lost equipment | | | | 750.00 |
| ACCOUNT NO.<br><br>The F.D. Lawrence Electric Co.<br>3450 Beekman Street<br>Cincinnati, OH 45223 | | | Consideration: Trade Debt | | | | Notice Only |
| ACCOUNT NO.<br><br>The New York Blower Company<br>Dept. 20-1004<br>PO Box 5940<br>Carol Stream, IL 60197-5940 | | | Consideration: Trade Debt | | | | Notice Only |
| ACCOUNT NO.<br><br>Thomas J. Schroeder<br>8378 Sweet Briar Court<br>Liberty Township, OH 45044 | | | Consideration: Employment Contract | | | | Notice Only |

Sheet no. __12__ of __14__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $       750.00

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.5-752 - 31805-302Y-08510 - Acrobat PDFWriter

B6F (Official Form 6F) (12/07) - Cont.

In re  Ventilex USA Inc. _____ ,          Case No. ___10-16642_____
                    **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Trecom Industrial USA Automation<br>Hogeweg 182<br>3815 LZ Amersfoort<br>The Netherlands | | | Consideration: Trade Debt | | | | 24,485.29 |
| ACCOUNT NO.<br><br>Tristate Valves & Controls, Inc.<br>100 Northeast Drive<br>Loveland, OH 45140 | | | Consideration: Trade Debt | | | | 7,691.17 |
| ACCOUNT NO.<br><br>Unum Life Insurance Company of America<br>PO Box 409548<br>Atlanta, GA 30384-9548 | | | Consideration: Insurance | | | | 290.14 |
| ACCOUNT NO.<br><br>UPS<br>Lockbox 577<br>Carol Stream, IL 60132 | | | Consideration: Services | | | | 36.33 |
| ACCOUNT NO.<br><br>UPS Supply Chain Solutions, Inc.<br>28013 Network Place<br>Chicago, IL 60673 | | | Consideration: Trade Debt | | | | 705.38 |

Sheet no. __13__ of __14__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 33,208.31

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.5-752 - 31805-302Y-08510 - Acrobat PDFWriter

**B6F (Official Form 6F) (12/07) - Cont.**

In re  Ventilex USA Inc.                                          ,          Case No.  10-16642
_____                                    _____
                    **Debtor**                                                                  **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Ventilex B.V. <br> Europaweg 8 <br> 8181 BH Heerde <br> The Netherlands | | | Consideration: Goods Sold | | | | 368,096.69 |
| ACCOUNT NO. <br><br> Victory Search Group <br> 5464 N. Port Washington Rd. <br> Suite 292 <br> Milwaukee, WI 53217 | | | Consideration: Services | | | | 22,100.00 |
| ACCOUNT NO. <br><br> Wisconsin Industrial Sand <br> a Division of Fairmount Minerals <br> N5628 580th Street <br> Menomonie, WI 54751 | | | Consideration: Alleged Customer Damages Claim | X | X | X | 201,936.00 |
| ACCOUNT NO. <br><br> Xpander <br> 9861 W. Sample Rd. #241 <br> Coral Springs, FL 33065 | | | Consideration: Trade Debt | | | | Notice Only |
| ACCOUNT NO. | | | | | | | |

Sheet no. __14__ of __14__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶ | $ | 592,132.69

Total ▶ | $ | 7,473,830.69

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010©1991-2010, New Hope Software, Inc., ver. 4.5.5-752 - 31805-302Y-08510 - Acrobat PDFWriter

**B6G (Official Form 6G) (12/07)**

In re    Ventilex USA Inc.                                    Case No.    10-16642
_____                              _____
            **Debtor**                                                  **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Ventilex B.V.<br>Europaweg 8<br>8181 BH Heerde<br>The Netherlands | Trademark License Agreement<br>Dated 7/1/10 |
| Michael C. Hadjinian<br>7235 Stone Harbour Lane<br>West Chester, OH 45069 | Employment Agreement dated 8/4/10 |
| Adam Higgins<br>6755 Woodsedge Drive<br>Liberty Twp., OH 45044 | Employment Agreement dated 7/13/07 |
| Gary Housemeyer<br>9206 E. Kemper Road<br>Loveland, OH 45140 | Employment Agreement dated 7/13/09 |
| William Powers<br>8780 Balboa Drive<br>Cincinnati, OH 45231 | Employment Agreement Dated 6/15/04 |
| Aaron Walker<br>4108 Ivanhoe Avenue<br>Cincinnati, OH 45212 | Employment Agreement Dated 6/19/07 |
| Pitney Bowes Global Financial Services LLC | Lease of Postage Meter<br>Term:  39 months<br>Dated 7/7/10<br>Quarterly Amount $60 |

In re __Ventilex USA Inc._____   Case No. _____10-16642_____
           **Debtor**                                                    **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
## (Continuation Page)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Xpander Communications, inc.<br>9861 W. Sample Rd. #241<br>Coral Springs, FL 33065 | Service Agreement for Telephones<br>Monthly Fee:  $366.00 |
| Innovative Fiber Optic Solutions, L.L.C.<br>2 North Main Street<br>Middletown, OH 45042 | Contract for fibre line<br>Term:  2 years with automatic 1 year renewals<br>Dated 12/3/07<br>$1,150 monthly |
| ADP<br>504 Clinton Center Drive #444<br>Clinton, MS 39056 | Payroll Service Contract |
| ADP, Inc.<br>One ADP Boulevard<br>Roseland, NJ 07068 | Administrative Services Agreement for 401(k) Plan<br>Dated May 22, 2005 |
|  |  |
|  |  |
|  |  |
|  |  |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.5-752 - 31805-302Y-08510 - Acrobat PDFWriter

B6H (Official Form 6H) (12/07)

In re  Ventilex USA Inc.                                          Case No.    10-16642
_____                               _____
             **Debtor**                                                    **(if known)**

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. Bankr. P. 1007(m).

☑  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|------------------------------|------------------------------|
|                              |                              |

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Southern District of Ohio

In re    Ventilex USA Inc.
_____
Debtor

Case No.    10-16642    _____

Chapter    11    _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

AMOUNTS SCHEDULED

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A – Real Property | YES | 1 | $    496,896.28 | | |
| B – Personal Property | YES | 3 | $    616,282.08 | | |
| C – Property Claimed as exempt | YES | 1 | | | |
| D – Creditors Holding Secured Claims | YES | 1 | | $ 1,896,164.74 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 7 | | $    0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 15 | | $ 7,473,830.69 | |
| G - Executory Contracts and Unexpired Leases | YES | 2 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | $    0.00 |
| J - Current Expenditures of Individual Debtors(s) | NO | 0 | | | $    0.00 |
| TOTAL | | 31 | $ 1,113,178.36 | $ 9,369,995.43 | |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.5-752 - 31805-302Y-08510 - Acrobat PDFWriter

# United States Bankruptcy Court
## Southern District of Ohio

In re  Ventilex USA Inc.

Debtor

Case No.  10-16642

Chapter  11

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. §101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☑  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $    N.A. |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $    N.A. |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $    N.A. |
| Student Loan Obligations (from Schedule F) | $    N.A. |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $    N.A. |
| Obligations to Pension or  Profit-Sharing, and Other Similar Obligations (from Schedule F) | $    N.A. |
| TOTAL | $    N.A. |

**State the Following:**

| | |
|---|---|
| Average Income  (from Schedule I, Line 16) | $    N.A. |
| Average Expenses (from Schedule J, Line 18) | $    N.A. |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $    N.A. |

**State the Following:**

| | | |
|---|---|---|
| 1.  Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $   N.A. |
| 2.  Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $   N.A. | |
| 3.  Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $   N.A. |
| 4.  Total from Schedule F | | $   N.A. |
| 5.  Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $   N.A. |

B7 (Official Form 7) (04/10)

# UNITED STATES BANKRUPTCY COURT
### Southern District of Ohio

In Re  Ventilex USA Inc. _____          Case No.  10-16642 _____
                                                                                                        (if known)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

**1. Income from employment or operation of business**

None

☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

|  | AMOUNT | SOURCE |
|------|-----------|-------------|
| 2010 | 2299115.94 | Gross Sales |
| 2009 | 2641312.00 | Gross Sales |
| 2008 | 6133357.00 | Gross Sales |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.5-752 - 31805-302Y-08510 - Acrobat PDFWriter

**2.    Income other than from employment or operation of business**

None

☐        State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                    SOURCE

See Attached for Other Income Received

**3.  Payments to creditors**

None

☒

*Complete a. or b., as appropriate, and c.*

*a. Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as  part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None

☐

*b. Debtor whose debts are not primarily consumer debts:*  List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*)any payments that were made to a creditor on account of a domestic support obligation or as part of an alternativerepayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after date of adjustment.*

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

See Attached List

# STATEMENT OF FINANCIAL AFFAIRS ITEM 2

Ventilex USA Inc.
## Account QuickReport
All Transactions

| Date | Money From | Amount |
|------|-----------|--------|
| 09/15/2008 | IRS Refund | 12,000.00 |
| 01/11/2010 | IRS Refund | 260,076.00 |
| 05/20/2010 | State of Ohio Refund | 6,507.55 |
| 04/19/2010 | IRS Refund | 364,055.00 |

Ventilex USA Inc.

## Account QuickReport

### September 28 through December 31, 2008

| | Date | Amount |
|---|---|---|

**Interest Income**

| | Date | Amount |
|---|---|---|
| | 09/30/2008 | 1,373.61 |
| | 10/31/2008 | 557.77 |
| | 11/30/2008 | 147.35 |
| | 12/31/2008 | 101.58 |
| | | 2,180.31 |

**Interest Income**

| | Date | Amount |
|---|---|---|
| | 01/31/2009 | 357.76 |
| | 02/28/2009 | 187.57 |
| | 03/31/2009 | 89.65 |
| | 04/30/2009 | 316.70 |
| | 05/31/2009 | 245.43 |
| | 06/30/2009 | 35.92 |
| | 07/31/2009 | 143.31 |
| | 08/31/2009 | 95.49 |
| | 09/30/2009 | 69.32 |
| | 10/31/2009 | 39.81 |
| | 11/30/2009 | 26.14 |
| | 12/31/2009 | 21.60 |
| | | 1,628.70 |

**Interest Income**

| | Date | Amount |
|---|---|---|
| | 01/31/2010 | 187.42 |
| | 02/28/2010 | 111.64 |
| | 03/31/2010 | 65.26 |
| | 04/30/2010 | 130.04 |
| | 05/31/2010 | 130.53 |
| | 06/30/2010 | 57.38 |
| | 07/31/2010 | 44.35 |
| | 08/31/2010 | 29.06 |
| | | 755.68 |

# STATEMENT OF FINANCIAL AFFAIRS ITEM 3(b)

## Ventilex USA Inc.
## Check Detail
### June 28 through September 28, 2010

| Type | Num | Date | Name | Account | Original Amount |
|------|-----|------|------|---------|-----------------|
| Bill Pmt -Check | 3770 | 07/06/2010 | Aaron R. Walker | 1020 · Checking/US Bank | -3,261.78 |
| Bill Pmt -Check | 3824 | 08/10/2010 | Aaron R. Walker | 1020 · Checking/US Bank | -307.99 |
| Bill Pmt -Check | 3828 | 08/16/2010 | Aaron R. Walker | 1020 · Checking/US Bank | -3,746.39 |
| Bill Pmt -Check | 3869 | 09/09/2010 | Aaron R. Walker | 1020 · Checking/US Bank | -4,938.42 |
| | | | 4108 Ivanhoe Ave | | |
| | | | Cincinnati, OH 45212 | | |
| Bill Pmt -Check | 3780 | 07/12/2010 | Adam C. Higgins | 1020 · Checking/US Bank | -2,003.44 |
| Bill Pmt -Check | 3825 | 08/10/2010 | Adam C. Higgins | 1020 · Checking/US Bank | -3,451.31 |
| Bill Pmt -Check | 3872 | 09/13/2010 | Adam C. Higgins | 1020 · Checking/US Bank | -683.71 |
| | | | 6755 Woodsedge Dr | | |
| | | | Liberty Twp, OH 45044 | | |
| Bill Pmt -Check | 3754 | 06/28/2010 | Ballard Spahr | 1020 · Checking/US Bank | -25,741.34 |
| Bill Pmt -Check | 3773 | 07/08/2010 | Ballard Spahr | 1020 · Checking/US Bank | -7,859.50 |
| Bill Pmt -Check | 3839 | 08/17/2010 | Ballard Spahr | 1020 · Checking/US Bank | -7,897.37 |
| | | | 2029 Century Park East, Suite 800 | | |
| | | | Los Angeles, CA 90067-2909 | | |
| Bill Pmt -Check | 3874 | 09/16/2010 | Cincinnati Heat Exchangers, Inc. | 1020 · Checking/US Bank | -10,180.00 |
| | | | 6404 Thornberry Court, Suite 440 | | |
| | | | Mason, OH 45040 | | |
| Bill Pmt -Check | ACH | 09/28/2010 | Hahn Loeser | 1020 · Checking/US Bank | -25,000.00 |
| Bill Pmt -Check | 3830 | 08/17/2010 | Hahn Loeser | 1020 · Checking/US Bank | -19,300.82 |
| Bill Pmt -Check | 3857 | 08/30/2010 | Hahn Loeser | 1020 · Checking/US Bank | -1,301.00 |
| | | | 200 Public Square | | |
| | | | Suite 2800 | | |
| | | | Cleveland, OH 44114 | | |
| Bill Pmt -Check | 3771 | 07/06/2010 | Jodi Lex | 1020 · Checking/US Bank | -447.09 |
| Bill Pmt -Check | 3813 | 08/02/2010 | Jodi Lex | 1020 · Checking/US Bank | -1,076.11 |
| Bill Pmt -Check | 3832 | 08/17/2010 | Jodi Lex | 1020 · Checking/US Bank | -3,478.06 |
| Bill Pmt -Check | 3870 | 09/09/2010 | Jodi Lex | 1020 · Checking/US Bank | -3,072.28 |

## Ventilex USA Inc.
## Check Detail
### June 28 through September 28, 2010

| Type | Num | Date | Name | Account | Amount |
|---|---|---|---|---|---|
| Bill Pmt -Check | 3895 | 09/27/2010 | Jodi Lex<br>201 Wine Sap Lane<br>Middletown, OH 45044 | 1020 · Checking/US Bank | -1,334.39 |
| Bill Pmt -Check | 3772 | 07/06/2010 | King Mechanical<br>15 East Walnut Street<br>Chippewa Falls, WI 54729 | 1020 · Checking/US Bank | -9,332.20 |
| Bill Pmt -Check | 3774 | 07/08/2010 | Morrison Cohen LLP | 1020 · Checking/US Bank | -42,571.27 |
| Bill Pmt -Check | 3775 | 07/08/2010 | Morrison Cohen LLP | 1020 · Checking/US Bank | -28,586.56 |
| Bill Pmt -Check | 3816 | 08/05/2010 | Morrison Cohen LLP | 1020 · Checking/US Bank | -34,856.93 |
| Bill Pmt -Check | 3818 | 08/10/2010 | Morrison Cohen LLP | 1020 · Checking/US Bank | -14,811.98 |
| Bill Pmt -Check | 3873 | 09/13/2010 | Morrison Cohen LLP<br>909 Third Avenue<br>New York, NY 10022-4731 | 1020 · Checking/US Bank | -24,061.07 |
| Bill Pmt -Check | 3759 | 06/28/2010 | Siftex | 1020 · Checking/US Bank | -1,212.55 |
| Bill Pmt -Check | 3766 | 07/05/2010 | Siftex | 1020 · Checking/US Bank | -1,638.00 |
| Bill Pmt -Check | 3835 | 08/17/2010 | Siftex | 1020 · Checking/US Bank | -3,698.95 |
| Bill Pmt -Check | 3882 | 09/16/2010 | Siftex<br>52D Connecticut Ave.<br>South Windsor, CT 06074 | 1020 · Checking/US Bank | -1,168.40 |
| Bill Pmt -Check | 3760 | 06/28/2010 | Star Combustion Systems LLC | 1020 · Checking/US Bank | -9,149.02 |
| Bill Pmt -Check | 3769 | 07/05/2010 | Star Combustion Systems LLC | 1020 · Checking/US Bank | -11,694.00 |
| Bill Pmt -Check | 3798 | 07/26/2010 | Star Combustion Systems LLC | 1020 · Checking/US Bank | -14,988.00 |
| Bill Pmt -Check | 3822 | 08/10/2010 | Star Combustion Systems LLC | 1020 · Checking/US Bank | -141.79 |
| Bill Pmt -Check | 3836 | 08/17/2010 | Star Combustion Systems LLC | 1020 · Checking/US Bank | -14,215.00 |
| Bill Pmt -Check | 3867 | 09/08/2010 | Star Combustion Systems LLC | 1020 · Checking/US Bank | -10,574.57 |
| Bill Pmt -Check | 3883 | 09/16/2010 | Star Combustion Systems LLC<br>PO Box 636<br>Mason, OH 45040 | 1020 · Checking/US Bank | -18,599.50 |
| Bill Pmt -Check | 3767 | 07/05/2010 | The New York Blower Company | 1020 · Checking/US Bank | -9,966.94 |
| Bill Pmt -Check | 3799 | 07/26/2010 | The New York Blower Company<br>Dept. 20-1004<br>PO Box 5940 | 1020 · Checking/US Bank | -1,125.75 |

Ventilex USA Inc.
Check Detail
June 28 through September 28, 2010

| | | | | |
|---|---|---|---|---|
| | | | Carol Stream, IL 60197-5940 | |
| Bill Pmt -Check | 3761 | 06/28/2010 | UPS Supply Chain Solutions, Inc. | 1020 · Checking/US Bank | -21.66 |
| Bill Pmt -Check | 3802 | 07/26/2010 | UPS Supply Chain Solutions, Inc. | 1020 · Checking/US Bank | -1,350.83 |
| Bill Pmt -Check | 3837 | 08/17/2010 | UPS Supply Chain Solutions, Inc. | 1020 · Checking/US Bank | -25.38 |
| Bill Pmt -Check | 3853 | 08/23/2010 | UPS Supply Chain Solutions, Inc. | 1020 · Checking/US Bank | -46.32 |
| Bill Pmt -Check | 3860 | 08/30/2010 | UPS Supply Chain Solutions, Inc. | 1020 · Checking/US Bank | -5,861.72 |
| Bill Pmt -Check | 3868 | 09/08/2010 | UPS Supply Chain Solutions, Inc. | 1020 · Checking/US Bank | -165.00 |
| | | | 28013 Network Place | | |
| | | | Chicago, IL 60673-1280 | | |
| Bill Pmt -Check | 3783 | 07/12/2010 | Victory Search Group | 1020 · Checking/US Bank | -4,054.76 |
| Bill Pmt -Check | 3827 | 08/12/2010 | Victory Search Group | 1020 · Checking/US Bank | -5,286.44 |
| Bill Pmt -Check | 3838 | 08/17/2010 | Victory Search Group | 1020 · Checking/US Bank | -22,100.00 |
| | | | 5464 N Port Washington Rd. | | |
| | | | Number 292 | | |
| | | | Milwaukee, WI 53217 | | |

None

☐     *c. All debtors:*   List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

See Attached

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None

☐     a.     List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Paramount Farms, Inc. v. Ventilex USA, Inc. Case No. JD 10-08-2651 | Judgment | Butler County, Ohio Court of Common Pleas | Judgment |
| Paramount Farms, Inc. v. Ventilex USA,. Inc. Case No. 2:10-cv-02744 | | United States District Court for the Central District of California | Terminated 4/23/2010 |
| Paramount Farms, Inc. v. Ventilex USA, Inc. Case No. BS 125546 | | Los Angeles, California Superior Court | Judgment Rendered |
| Sanfilippo & Son, Inc. v. Ventilex USA Inc. Case No. 08 L 010649 | Breach of Contract | Cir. Ct. Cook County, IL Filed 9/25/2008 | Voluntary Dismissal without prejudice 6/11/10 |

# STATEMENT OF FINANCIAL AFFAIRS ITEM 3(c)

Ventilex USA Inc.
Check Detail
June 28 through September 28, 2010

| Type | Num | Date | Name | Account | Original Amount |
|------|-----|------|------|---------|-----------------|
| Bill Pmt -Check | 3834 | 08/17/2010 | Michael C Hadjinian | 1020 · Checking/US Bank | -1,538.30 |
| Bill Pmt -Check | 3863 | 09/08/2010 | Michael C Hadjinian | 1020 · Checking/US Bank | -3,380.78 |
| Bill Pmt -Check | 3880 | 09/16/2010 | Michael C Hadjinian | 1020 · Checking/US Bank | -3,113.88 |
| | | | 7235 Stone Harbour Lane | | |
| | | | West Chester, OH 45069 | | |
| Bill Pmt -Check | ACH | 07/07/2010 | Robinson Industrial Sales, Inc. | 1020 · Checking/US Bank | -5,416.66 |
| Bill Pmt -Check | ACH | 08/04/2010 | Robinson Industrial Sales, Inc. | 1020 · Checking/US Bank | -699.00 |
| | | | 4528 Caminito Pedernal | | |
| | | | San Diego, CA 92117-3624 | | |
| Bill Pmt -Check | ACH | 08/18/2010 | Thomas J. Schroeder | 1020 · Checking/US Bank | -10,000.00 |
| | | | 8378 Sweet Briar Court | | |
| | | | Liberty Twp, OH 45044 | | |
| Bill Pmt -Check | Wire | 08/18/2010 | Ventilex B.V. | 1020 · Checking/US Bank | -36,540.01 |
| Bill Pmt -Check | Wire | 07/02/2010 | Ventilex B.V. | 1020 · Checking/US Bank | -196,879.54 |
| | | | Europaweg 8 | | |
| | | | 8181 BH Heerde | | |
| | | | The Netherlands | | |

3166091.1

None   b.      Describe all property that has been attached, garnished or seized under any legal or equitable process
☒      within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter
       12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint
       petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5.    Repossessions, foreclosures and returns**

None       List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a
☒      deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement
       of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning
       property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a
       joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6.    Assignments and Receiverships**

None   a.      Describe any assignment of property for the benefit of creditors made within 120 days immediately
☒      preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include
       any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated
       and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None   b.      List all property which has been in the hands of a custodian, receiver, or court-appointed official within
☒      one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or
       chapter 13 must include information concerning property of either or both spouses whether or not a joint petition
       is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7.  Gifts**

None      List all gifts or charitable contributions made within one year immediately preceding the commencement of
☐      this case, except ordinary and usual gifts to family members aggregating less than $200 in value per individual
family member and charitable contributions aggregating less than $100 per recipient.   (Married debtors filing
under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a
joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND<br>ADDRESS OF<br>PERSON OR ORGANIZATION | RELATIONSHIP<br>TO DEBTOR, IF ANY | DATE OF<br>GIFT | DESCRIPTION AND<br>VALUE OF GIFT |
|---|---|---|---|
| Junior Achievement<br>1131 Manchester Avenue<br>Middletown, OH 45042 | n/a | 11/18/09 | $100.00 |

**8.  Losses**

None      List all losses from fire, theft, other casualty or gambling within one year immediately preceding the
☒      commencement of this case or since the commencement of this case.   (Married debtors filing under chapter 12
or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the
spouses are separated and a joint petition is not filed.)

| DESCRIPTION<br>AND VALUE<br>OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES, AND, IF LOSS<br>WAS COVERED IN WHOLE OR IN PART BY<br>INSURANCE, GIVE PARTICULARS | DATE OF<br>LOSS |
|---|---|---|

**9.  Payments related to debt counseling or bankruptcy**

None      List all payments made or property transferred by or on behalf of the debtor to any persons, including
☐      attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a
petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS<br>OF PAYEE | DATE OF PAYMENT,<br>NAME OF PAYOR IF<br>OTHER THAN DEBTOR | AMOUNT OF MONEY OR<br>DESCRIPTION AND<br>VALUE OF PROPERTY |
|---|---|---|
| Hahn Loeser & Parks LLP<br>200 Public Square, Suite 2800<br>Cleveland, Ohio 44114 | Various Dates | 6/7/10 - $5,000.00<br>8/19/10 - $19,300.82<br>9/2/10 - $1,301.00<br>9/28/10 - $25,000.00 |

**10.  Other transfers**

None      a.    List all other property, other than property transferred in the ordinary course of the business or financial
☐              affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the
               commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by
               either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition
               is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| Ventilex B.V.<br>Europaweg 8<br>89181 BH Heerde<br>The Netherlands<br> Relationship: Lender and Parent | 6/1/09 | Security Agreement<br>All personal property and fixtures<br>Value received:  Present and future loans made by secured party to Debtor totalling $1,896,164.74 as of the petition date. |
| Ventilex B.V.<br>Europaweg 8<br>89181 BH Heerde<br>The Netherlands<br> Relationship: Lender and Parent | 4/7/10 | Security Agreement<br>All personal property and fixtures<br>Value received:  Present and future loans made by secured party to Debtor totalling $1,896,164.74 as of the petition date. |
| Ventilex B.V.<br>Europaweg 8<br>89181 BH Heerde<br>The Netherlands<br> Relationship: Lender and Parent | 6/29/10 | Security Agreement<br>All personal property and fixtures<br>Value received:  Present and future loans made by secured party to Debtor totalling $1,896,164.74 as of the petition date. |
| Ventilex B.V.<br>Europaweg 8<br>89181 BH Heerde<br>The Netherlands<br> Relationship: Lender and Parent | 8/16/10 | Security Agreement<br>All personal property and fixtures<br>Value received:  Present and future loans made by secured party to Debtor totalling $1,896,164.74 as of the petition date. |
| Ventilex B.V.<br>Europaweg 8<br>89181 BH Heerde<br>The Netherlands<br> Relationship: Lender and Parent | 9/10/10 | Security Agreement<br>All personal property and fixtures<br>Value received:  Present and future loans made by secured party to Debtor totalling $1,896,164.74 as of the petition date. |
| Ventilex B.V.<br>Europaweg 8<br>89181 BH Heerde<br>The Netherlands<br> Relationship: Lender and Parent | 11/1/09 | Mortgage - Real Property (See Schedule A) |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.5-752 - 31805-302Y-08510 - Acrobat PDFWriter

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| Ventilex B.V.<br>Europaweg 8<br>89181 BH Heerde<br>The Netherlands<br> Relationship: Lender and Parent | 4/7/10 | Mortgage - Real Property (See Schedule A) |

b.  List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

None
☒

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11.   Closed financial accounts**

None
☒

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12.   Safe deposit boxes**

None
☒

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.     (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13.  Setoffs**

None

☒

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case.   (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14.  Property held for another person**

None

☐

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| Temco Inc. 112 Commerce Blvd. Loveland, OH 45140 | Pressure Transmitter $750.00 | At Customer Site |
| G.E. Booth 8202 W. 10th Street Indianapolis, IN 46214 | Pressure Transmitter $1,250.00 | Debtor's place of business |

**15.  Prior address of debtor**

None

☐

If the debtor has moved within the three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| 8106 Beckett Center Drive West Chester, OH 45069 | Ventilex USA Inc. | 2006 - 4/2008 |

Bankruptcy2010©1991-2010, New Hope Software, Inc., ver. 4.5.5-752 - 31805-302Y-08510 - Acrobat PDFWriter

**16.   Spouses and Former Spouses**

None
☒

   If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

       NAME

---

**17.   Environmental Sites**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

     "Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

     "Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

---

None
☒

   a.     List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

---

None
☒

   b.     List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

---

None
☒

   c.     List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18. Nature, location and name of business**

None
☒

a.    If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or  was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity  securities, within the six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|

None
☒

b.    Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|------|------|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

Bankruptcy2010©1991-2010, New Hope Software, Inc., ver. 4.5.5-752 - 31805-302Y-08510 - Acrobat PDFWriter

**19.  Books, record and financial statements**

None     a.     List all bookkeepers and accountants who within the two years immediately preceding the filing of this

☐     bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| Kathy O'Brien Accounting<br>4333 E. Galbraith Road<br>Cincinnati, OH 45236 | 10/2003 - 12/2004 |
| Larry Sturgeon & Associates CPA's<br>1510 Thornberry Road<br>Amelia, OH 45102 | 12/2004 - 3/2005 |
| James Gorski<br>Kami-Fund Consulting<br>PO Box 873<br>West Chester, OH 45071 | 12/2005 - Present |
| Jodi Lex<br>Business Manager, Ventilex USA Inc.<br>4640 Emerald Way<br>Middletown, OH 45044 | 4/2004 - Present |

None     b.     List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy

☒     case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None     c.     List all firms or individuals who at the time of the commencement of this case were in possession of the

☐     books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| James Gorski | Kami-Fund Consulting<br>PO Box 873<br>West Chester, OH 45071 |
| Ventilex B.V. | Europaweg 8<br>8181 BH Heerde<br>The Netherlands |

None    d.    List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom
☐    a financial statement was issued within the two years immediately preceding the commencement of this case by
the debtor.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| U. S. Bank<br>Cincinnati, Ohio | 6/2009 |
| National City Bank<br>Dayton, Ohio | 8/2009 |
| Ventilex B.V.<br>Netherlands | 9/13/10 (send monthly) |

**20. Inventories**

None    a.    List the dates of the last two inventories taken of your property, the name of the person who supervised the
☒    taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|

None    b.    List the name and address of the person having possession of the records of each of the two inventories
☒    reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF<br>INVENTORY RECORDS |
|---|---|

**21. Current Partners, Officers, Directors and Shareholders**

None    a.    If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.
☒

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None    b.    If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who
☐    directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF<br>STOCK OWNERSHIP |
|---|---|---|
| Michael C. Hadjinian<br>7235 Stone Harbour Lane<br>West Chester, OH 45069 | President/CEO | |
| Michael Martell<br>1185 Park Ave., Apt 3-L<br>New York, NY 10128 | Secretary/Director | |

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| Ronald Vane<br>Imtech<br>Kampenringweg 45a<br>2800 AJ Gouda | Chairman of the Board/Director | |
| Gert Buist<br>Ventilex B.V.<br>Europaweg 8<br>8180 AD heerde<br>The Netherlands | Director | |
| Ventilex B.V.<br>Europaweg 8<br>8181 BH Heerde<br>The Netherlands | | 100% Shareholder |
| Imtech NV<br>Kampenringweg 45a<br>2800 AJ Gouda | | 100% owner of Ventilex B.V. |

**22. Former partners, officers, directors and shareholders**

None ☒  a.    If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ☐  b.    If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|
| Amos Robinson<br>c/o Robinson Industrial Sales, Inc.<br>4528 Caminito Pedernal<br>San Diego, CA 92117-3624 | Interim President | June 2010 |

**23.   Withdrawals from a partnership or distribution by a corporation**

None

☐          If the debtor is a partnership or a corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

See Attached Sheet

**24.   Tax Consolidation Group**

None

☒          If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the six-year period immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25.   Pension Funds**

None

☐          If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the six-year period immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

Ventilex B.V.                                    8058.71.974.B.01
#133036745

\*   \*   \*   \*   \*   \*

# STATEMENT OF FINANCIAL AFFAIRS ITEM 23

## Ventilex USA Inc.
### Vendor QuickReport
September 28, 2009 through September 28, 2010

| Type | Date | Num | Split | Amount |
|------|------|-----|-------|--------|
| **Thomas J. Schroeder** | | | | |
| General Journal | 10/07/2009 | 1086 | 8025 · Legal Support | 4,037.02 |
| Bill Pmt -Check | 01/08/2010 | 3533 | 6630 · Severance Pay | 45,000.00 |
| Bill Pmt -Check | 04/21/2010 | ACH | 8025 · Legal Support | 2,398.29 |
| General Journal | 06/30/2010 | 1259 | 6630 · Severance Pay | 90,000.00 |
| Bill Pmt -Check | 08/18/2010 | ACH | 8025 · Legal Support | 10,000.00 |
| | | | Total | 151,435.31 |

# Ventilex USA Inc.
## Vendor QuickReport
### September 28, 2009 through September 28, 2010

**Robinson Industrial Sales, Inc.**

| Type | Date | Num | Account | Split | Amount |
|---|---|---|---|---|---|
| Bill Pmt -Check | 10/09/2009 | ACH | 1020 · Checking/US Bank | Sept expenses & Mgmt Consulting | 9,877.? |
| Bill Pmt -Check | 10/23/2009 | ACH | 1020 · Checking/US Bank | Mgmt Consulting | 5,000.? |
| Bill Pmt -Check | 11/06/2009 | ACH | 1020 · Checking/US Bank | Mgmt Consulting | 5,000.? |
| Bill Pmt -Check | 11/16/2009 | ACH | 1020 · Checking/US Bank | October expenses | 4,671.? |
| Bill Pmt -Check | 11/20/2009 | ACH | 1020 · Checking/US Bank | Mgmt Consulting | 5,000.? |
| Bill Pmt -Check | 12/04/2009 | ACH | 1020 · Checking/US Bank | Mgmt Consulting | 5,000.? |
| Bill Pmt -Check | 12/18/2009 | ACH | 1020 · Checking/US Bank | Nov expenses & Mgmt Consulting | 9,985.? |
| Bill Pmt -Check | 01/15/2010 | ACH | 1020 · Checking/US Bank | Dec, Jan expenses & Mgmt Consulting | 10,368.? |
| Bill Pmt -Check | 01/19/2010 | ACH | 1020 · Checking/US Bank | Mgmt Consulting | 5,000.? |
| Bill Pmt -Check | 01/25/2010 | 3558 | 1020 · Checking/US Bank | Bonus | 10,000.? |
| Bill Pmt -Check | 02/01/2010 | ACH | 1020 · Checking/US Bank | Mgmt Consulting | 5,416.? |
| Bill Pmt -Check | 02/16/2010 | ACH | 1020 · Checking/US Bank | Mgmt Consulting | 5,4?? |
| Bill Pmt -Check | 02/17/2010 | ACH | 1020 · Checking/US Bank | Jan expenses | 4,0?? |
| General Journal | 03/02/2010 | | 1020 · Checking/US Bank | Mgmt Consulting | 5,4?? |
| Bill Pmt -Check | 03/15/2010 | ACH | 1020 · Checking/US Bank | Mgmt Consulting | 5,4?? |
| Bill Pmt -Check | 03/24/2010 | ACH | 1020 · Checking/US Bank | Feb & March expenses | 5,627.? |
| Bill Pmt -Check | 04/12/2010 | ACH | 1020 · Checking/US Bank | March expenses | 4,500.? |
| Bill Pmt -Check | 04/19/2010 | ACH | 1020 · Checking/US Bank | Mgmt Consulting | 10,8?? |
| Bill Pmt -Check | 05/03/2010 | ACH | 1020 · Checking/US Bank | 2000 · Accounts Payable - All | 5,4?? |
| Bill Pmt -Check | 05/17/2010 | ACH | 1020 · Checking/US Bank | April expense & Mgmt Consulting | 10,7?? |
| Bill Pmt -Check | 06/02/2010 | ACH | 1020 · Checking/US Bank | Mgmt Consulting | 5,4?? |
| Bill Pmt -Check | 06/09/2010 | ACH | 1020 · Checking/US Bank | May expenses | 3,4?? |
| Bill Pmt -Check | 06/22/2010 | ACH | 1020 · Checking/US Bank | June expenses | 2,7?? |
| Bill Pmt -Check | 07/07/2010 | ACH | 1020 · Checking/US Bank | Mgmt Consulting | 5,416.? |
| Bill Pmt -Check | 08/04/2010 | ACH | 1020 · Checking/US Bank | June expenses | 699.? |

Payments made to Ventilex BV from Sept 28, 2009 to Sept 28, 2010

| Date | Amount | Description |
|---|---|---|
| 01/21/10 | 443,115.89 | Equipment |
| 02/18/10 | 101,397.10 | Equipment |
| 03/26/10 | 12,686.55 | Spare Parts and Freight Charges |
| 03/29/10 | 95,829.36 | Equipment |
| 04/06/10 | 48,503.73 | Equipment, Spare Parts, Freight Charges,& Loading Container Charges |
| 04/09/10 | 73,308.33 | Equipment, Spare Parts & Freight Charges |
| 04/15/10 | 100,000.00 | Equipment |
| 04/23/10 | 200,000.00 | Equipment |
| 05/12/10 | 125,000.00 | Equipment |
| 05/21/10 | 87,497.26 | Equipment |
| 05/25/10 | 318,403.58 | Equipment |
| 06/15/10 | 37,958.70 | Spare Parts, Freight Charges, Service Trips, Equipment & Loading Container Charges |
| 07/02/10 | 183,998.33 | Freight Charges, Equipment, Spare Parts & Freight Charges |
| 08/18/10 | 34,924.43 | Spare Parts and Service Trip |

# Ventilex USA Inc.
## Account QuickReport
### January 1 through October 11, 2010

**6200 · Administrative-General**
**6380 · Michael Hadjinian Auto Allowance**

| Type | Date | Num | Amount |
|------|------|-----|--------|
| General Journal | 08/13/2010 | 1291 | 55.38 |
| General Journal | 08/27/2010 | 1300 | 138.46 |
| General Journal | 09/10/2010 | 1304 | 138.46 |
| General Journal | 09/24/2010 | 1317 | 138.46 |

Total 6380 · Employee Auto Allowance    470.76

**Ventilex USA Inc.**
# Vendor QuickReport
January through December 2010

**Michael C Hadjinian**

| Type | Date | Num | Split | Amount |
|------|------|-----|-------|--------|
| Bill | 08/16/2010 | | 6390 · Travel Expense | 1,538.30 |
| Bill Pmt -Check | 08/17/2010 | 3834 | 2000 · Accounts Payable - All | 1,538.30 |
| Bill | 08/30/2010 | | 6250 · Small Office Equipment Expense | 402.31 |
| Bill | 08/30/2010 | | -SPLIT- | 1,047.20 |
| Bill | 08/30/2010 | | 6390 · Travel Expense | 1,214.30 |
| Bill | 09/07/2010 | | 6390 · Travel Expense | 682.52 |
| Bill | 09/07/2010 | | 6340 · Office Supplies | 34.45 |
| Bill Pmt -Check | 09/08/2010 | 3863 | 2000 · Accounts Payable - All | 3,380.78 |
| Bill | 09/14/2010 | | 6390 · Travel Expense | 855.90 |
| Bill | 09/14/2010 | | 6390 · Travel Expense | 613.89 |
| Bill | 09/15/2010 | | -SPLIT- | 1,644.09 |
| Bill Pmt -Check | 09/16/2010 | 3880 | 2000 · Accounts Payable - All | 3,113.88 |

Total Expenses Paid     8,032.96

## Ventilex USA Inc.
## Account QuickReport
### January 1 through October 11, 2010

| | Date | Split | Amount |
|---|---|---|---|
| **6500 · Payroll Expenses** | | | |
| **6550 · Salaries - Michael Hadjinian** | | | |
| | 08/13/2010 | 6560 · Salaries - Employees | 2,923.08 |
| | 08/27/2010 | 6560 · Salaries - Employees | 7,307.69 |
| | 09/10/2010 | 6560 · Salaries - Employees | 7,307.69 |
| | 09/24/2010 | 6560 · Salaries - Employees | 7,307.69 |
| Total 6550 · Salaries - Officers | | | 24,846.15 |
| Total 6500 · Payroll Expenses | | | 24,846.15 |
| **TOTAL** | | | **24,846.15** |

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date    10/12/2010

Signature    /s/ Michael Hadjinian

MICHAEL HADJINIAN,
President

Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

0    continuation sheets attached

**Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §152 and 3571**

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and required under 11U.S.C. §§ 110(b), 110(h), and 342(b); (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.

_____    _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer    Social Security No. (Required by 11 U.S.C. § 110(c).)
*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____

_____
Address

X_____    _____
Signature of Bankruptcy Petition Preparer    Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. §156.*

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.5-752 - 31805-302Y-08510 - Acrobat PDFWriter