# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
### Western Division at Cincinnati

| | | |
|---|---|---|
| In re: | ) | Case Number# 10-16642 |
| | ) | |
| VENTILEX USA INC. | ) | **Hon. Jeffery P. Hopkins** |
| | ) | |
| | ) | |
| Debtor-In-Possession | ) | Chapter 11 |

## NOTICE OF APPOINTMENT OF
## COMMITTEE OF UNSECURED CREDITORS

Please take notice that pursuant to 11 U.S.C. § 1102(a), Daniel M. McDermott, the United States Trustee for Region 9, has appointed the following creditors to serve on the Committee of Unsecured Creditors in this case:

California Nut Co.
George Tavernas, Partner
5166 S. Sperry Rd.
Denair, CA 95316
(209) 606-7570

Paramont Farms, Inc.
Craig Cooper, Sr. VP.
11444 W. Olympic Blvd.
Los Angeles, CA 90064
(310) 966-5728

John B. Sanfilippo & Son, Inc.
Michael J. Valentine, CFO
1703 N. Randall Rd.
Elgin, IL 60123
(847) 214-4509

Silver Creek Frac Sand, Inc.
Robert Dow, President
P.O. Box 150665
Ft. Worth, TX 76108
(817) 366-7158

Respectfully Submitted,

Daniel M. McDermott
United States Trustee, Region 9

By:

Date: October 14, 2010

/s/ Monica V. Kindt
Monica V. Kindt (#0073085)
Assistant United States Trustee
United States Department of Justice
Office of the United States Trustee
36 East Seventh Street, Suite 2030
Cincinnati, Ohio  45202
Phone: (513) 684-6988, ext. 226
Fax (513) 684-6994
e-mail: monica.kindt@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certifiy that a copy of the foregoing was served via the Court's ECF service, or via regular mail, on October 14, 2010, on the following:

| | |
|---|---|
| California Nut Co. | John B. Sanfilippo & Son, Inc. |
| George Tavernas, Partner | Michael J. Valentine, CFO |
| 5166 S. Sperry Rd. | 1703 N. Randall Rd. |
| Denair, CA 95316 | Elgin, IL 60123 |
| (209) 606-7570 | (847) 214-4509 |
| | |
| Paramont Farms, Inc. | Silver Creek Frac Sand, Inc. |
| Craig Cooper, Sr. VP. | Robert Dow, President |
| 11444 W. Olympic Blvd. | P.O. Box 150665 |
| Los Angeles, CA 90064 | Ft. Worth, TX 76108 |

Ventilex USA, Inc.

4640 Emerald Way
Middletown, OH 45044

Rocco I Debitetto, proposed counsel for Debtor

ridebitetto@hahnlaw.com, hlpcr@hahnlaw.com

Ronald E Gold    rgold@fbtlaw.com, ahammerle@fbtlaw.com

Counsel for secured lender

                                        /s/ Monica V. Kindt
                                        Monica V. Kindt